

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2015

No. 04-15-00122-CR

Carlos Bernard **SMITH,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8656
Honorable Sid L. Harle, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to September 14, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  James Clayton Oltersdorf          Nicolas A. LaHood
     509 South Main                    District Attorney, Bexar County
     San Antonio, TX 78204-1118        101 W. Nueva, Suite 370
                                       San Antonio, TX 78205